UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES O'CONNER,

                Plaintiff,

-against-

NUVASIVE, INC., J. CHRISTOPHER BARRY, AMY BELT RAIMUNDO, VICKIE L. CAPPS, JOHN A. DEFORD, ROBERT F. FRIEL, R. SCOTT HUENNEKENS, SIDDHARTHA C. KADIA, LESLIE V. NORWALK, and DANIEL J. WOLTERMAN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/7/2023__

23 Civ. 2855 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 11, 2023, the Court ordered the parties to file a joint letter and a proposed case management plan by June 6, 2023. ECF No. 4. Those submissions are overdue. Accordingly, by **June 20, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: June 7, 2023
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge